**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE:**      **ARLENE R. LINDSAY**           **DATE:**        **May 16, 2017**
            **United States Magistrate Judge**

                                            **TIME:**        **1:30 p.m.**


**DOCKET NO: CV 16-1161 (ARL)**


**CASE: Lemorrocco v. Cor J Sea Food Corp.**


\_\_\_   **INITIAL CONFERENCE**
\_\_\_   **STATUS CONFERENCE**                        **BY TELEPHONE**\_\_
 **X**   **SETTLEMENT CONFERENCE**
\_\_\_    **FINAL CONFERENCE  ORDER**



        **APPEARANCES:**        **FOR PLAINTIFF:**        **FOR DEFENDANT:**

                        **Raymond Nardo**        **Aaron Solomon**


**The following rulings were made: The case is now settled.  Counsel are directed to file the revised settlement document on ECF.  Upon receipt, the Clerk is directed to close this case.**




                **SO ORDERED:**
                _____/s/_____